1  Quinlan S. Tom #142461
   McInerney & Dillon, P.C.
2  One Kaiser Plaza, 18th Floor
   Oakland, California 94612-3610
3  Telephone (510) 465-7100
   Facsimile (510) 465-8556
4  e-mail qst@mcinerney-dillon.com

5  Attorneys for plaintiff Yu-Hwa Pa
   dba P&A Construction Company

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

| | |
|---|---|
| Yu-Hwa Pa, individually and doing business as P&A Construction Company,<br><br>    Plaintiff,<br><br>v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, LARRY DOYLE,<br><br>    Defendant.<br>_____<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>    Counterclaimant,<br><br>v.<br><br>YU-HWA PA, individually and doing business as P&A CONSTRUCTION COMPANY,<br><br>    Counterdefendant.<br>_____ | No. C 04 1042 EDL<br><br>STIPULATION TO AMEND PRETRIAL ORDER; ~~PROPOSED~~ ORDER |

WHEREAS, on September 10, 2004 this Court entered the Pretrial Preparation order which established the following deadlines:

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF | May 16, 2005 |
| DESIGNATION OF EXPERTS | |
|     Plaintiff/Defendant | April 20, 2005 |

STIPULATION ...                                                                 Page -1-

| | |
|---|---|
| Rebuttal Experts | May 10, 2005 |
| EXPERT DISCOVERY CUTOFF | June 6, 2005 |

WHEREAS, on January 21, 2005 the parties mediated this matter before the Hon. Norman Spellberg (ret.) and the parties intend to schedule another mediation session with Judge Spellberg;

WHEREAS, there has been no meaningful discovery to date as the parties agreed to stay discovery until after exhausting the mediation process;

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Pretrial Preparation Order be amended as follows:

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF | July 1, 2005 |
| DESIGNATION OF EXPERTS | |
| Plaintiff/Defendant | June 13, 2005 |
| Rebuttal Experts | June 30, 2005 |
| EXPERT DISCOVERY CUTOFF | July 15, 2005 |

Dated: May 24, 2005

McInerney & Dillon

By: _____
Quinlan S. Tom
Attorneys for plaintiff and counterdefendant Yu-Hwa Pa dba P&A Construction Company

Dated: May 24, 2005

Office of the General Counsel

By: _____
Thomas C. Lee
Attorneys for defendant and counter claimant San Francisco Bay Area Rapid Transit District and defendant Lawrence T. Doyle

STIPULATION ...

Page -2-

| | |
|---|---|
| 1 | <center>ORDER</center> |
| 2 | IT IS SO ORDERED. |
| 3 | |
| 4 | Dated: June 1, 2005 |

          /s/ Maxine M. Chesney
         THE HON. MAXINE M. CHESNEY
         UNITED STATES DISTRICT JUDGE